Opinion issued April 22, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00174-CR

———————————

James R. Lisney, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 184th District Court 

Harris County, Texas



Trial Court Case No. 1147634



 

 MEMORANDUM OPINION

          Appellant, James R. Lisney, has filed a motion to dismiss
this appeal.  The motion complies with
the Texas Rules of Appellate Procedure.  See
Tex. R. App. P. 42.2(a).

          We
have not yet issued a decision. 
Accordingly, we grant the motion and dismiss the appeal. 

          We
further dismiss pending motions as moot.

          We
direct the clerk of this Court to issue the mandate within 10 days.  Tex. R.
App. P. 18.1

PER CURIAM

Panel
consists of Justices Jennings, Hanks, and Bland.

Do
not publish.   Tex. R. App. P. 47.2(b).